No. 90–6354.   IN RE MULVILLE; and

No. 90–6355.   IN RE MULVILLE.   Petitions for writs of mandamus and/or prohibition denied.